# IN THE UNITED STATES DISTRICT COURT FOR THE
## WESTERN DISTRICT OF MISSOURI
## WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>SANFORD T. LINK, )<br>)<br>Defendant. ) | Criminal Action No.<br>09-0182-01-CR-W-DGK |

## ORDER AFFIRMING MAGISTRATE'S REPORT AND RECOMMENDATION

On July 8, 2016, the Court ordered Defendant to undergo a psychological examination (Doc. 21). Defendant was subsequently examined at the Federal Detention Center in Miami, Florida, and Dr. Lisa Feldman, Psy.D., prepared a report opining that Defendant was competent to stand trial.

A competency hearing was held before Judge Sarah Hayes on January 11, 2017. On January 18, 2017, Judge Hayes entered a "Report and Recommendation," recommending that Defendant be declared competent to stand trial. No objection was filed by either party.

After making an independent, de novo review of the record and applicable law, it is

ORDERED that the "Report and Recommendation" of Magistrate Judge Hayes is adopted in its entirety. This Court finds that Defendant is competent to understand the nature and consequences of the proceedings against him, to assist properly in his defense, and to stand trial.

**IT IS SO ORDERED.**

Date:    February 10, 2017          /s/ Greg Kays
                                                        GREG KAYS, CHIEF JUDGE
                                                        UNITED STATES DISTRICT COURT